UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05152
   RONDEY ROBINSON
   TIA W ROBINSON                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2170    SSN XXX-XX-5821

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 03/04/2008 and was not confirmed.

   The case was dismissed without confirmation 09/24/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1822.50 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1462.27 | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | 5267.94 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTH CARE FED | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 1232.39 | .00 | .00 |
| LABORATORY CORP | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSTAR CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 16773.36 | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED VEHIC | 50.01 | .00 | 50.01 |
| MIDWEST TITLE LOANS | FILED LATE | 928.14 | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 300.33 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1988.27 | .00 | .00 |
| HSBC BANK USA | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 617.45 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 28718.75 | .00 | .00 |
| HSBC | UNSECURED | 598.98 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 100.95 | .00 | .00 |
| MAX RECOVERY | UNSECURED | 1034.52 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 200.69 | .00 | .00 |
| MAX FLOW CORP | UNSECURED | 1252.39 | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,424.00 | | 1,202.35 |
| TOM VAUGHN | TRUSTEE | | | 97.64 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------

TRUSTEE                  1,350.00

PRIORITY                                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05152 RONDEY ROBINSON & TIA W ROBINSON

```
SECURED                                                    50.01
UNSECURED                                                    .00
ADMINISTRATIVE                                          1,202.35
TRUSTEE COMPENSATION                                       97.64
DEBTOR REFUND                                               .00
                        ---------------      ---------------
TOTALS                        1,350.00            1,350.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 12/22/08       _____

                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 08 B 05152 RONDEY ROBINSON & TIA W ROBINSON